**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-mj-07006-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

CRYSTAL J. FOSTER,

Defendant.

---

**ORDER SETTING TRIAL AND MOTIONS HEARING**

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that this matter is set for a two-day trial to a jury of twelve beginning on Tuesday, **December 17, 2013, at 8:30 a.m.** before Magistrate Judge Michael J. Watanabe, in Courtroom A-502, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Provisions of the Local Rules of this Court and of Fed. R. Crim. P. 16 shall be followed by the prosecution and the defense.

It is further **ORDERED** that any pretrial motions are to be filed on or before October 14, 2013. Responses are to be filed on or before October 28, 2013.

It is further **ORDERED** that a Motions Hearing is set before Magistrate Judge Michael J. Watanabe on **November 14, 2013, at 1:30 p.m.** in Courtroom A-502, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294

It is further **ORDERED** that no later than 30 days before trial, the parties shall

notify the Magistrate Judge's courtroom deputy, Ellen Miller, who may be reached at (303) 335-2101, of any need for special accommodation for any attorney, party, or witness, or any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence using CDROM or other electronic means of evidence presentation.

It is further **ORDERED** that ten business days before the trial:

1. the parties shall file their trial briefs, not to exceed ten pages, **AND** shall provide a copy to the Magistrate Judge's chambers by email in a Word or Word Perfect attachment to Watanabe_Chambers@cod.uscourts.gov; and

2. the parties shall file their proposed jury instructions **AND** shall provide the court their proposed jury instructions in a hard paper copy **AND** shall provide an editable copy of the instructions to the Magistrate Judge's chambers by email in a Word or Word Perfect attachment to Watanabe_Chambers@cod.uscourts.gov .

It is further **ORDERED** that each party shall file and provide the Magistrate Judge with an original and two copies of the following materials at the beginning of the jury trial:

1. Witness list in alphabetical order;
2. Exhibit list;
    a. Trial exhibits shall be pre-marked. The government shall use numbers, and the defense shall use letters;
    b. The parties are to meet and exchange their pre-marked exhibits before the beginning of the trial;

c. The parties are to pre-determine the designation of any exhibit which is endorsed by more than one party in order to avoid duplication of exhibits;

d. Each party's original trial exhibits shall be used by the witnesses, and two copies of the exhibits shall be provided to the Magistrate Judge;

e. Trial exhibits shall be tabbed and placed into notebooks including the court's copies of the exhibits, unless an exhibit is incapable of being placed into a notebook; and,

f. Any exhibit which consists of multiple pages shall have each page of the exhibit sequentially numbered for ease of reference by the witness and for clarity of the record.

3. A list of any objections any party has to the opponent's exhibits. These objections shall state in a clear and concise fashion the evidentiary grounds for the objection and the legal authority supporting such objection. If the authority is in the Federal Rules of Evidence, the rule number is to be cited; if the authority is case law, the court is to be provided with a copy of the case.

4. A list of witnesses' scheduling problems, indicating times of such witnesses' availability during the trial.

5. A list of stipulated exhibits.

6. A list of stipulated facts.

7. A list of any facts of which a party is asking the court to take judicial notice.

8. A list of any unique terms intended to be used during the trial, in alphabetical order (examples: medical, commercial, and scientific terms).

Is further **ORDERED** that a Notice of Disposition shall be filed no later than 14 days before the date set for the trial **AND** a copy shall be provided to the Magistrate Judge's chambers by email in a Word or Word Perfect attachment.

Dated this 23rd day of September, 2013.

BY THE COURT:

s/ Michael J. Watanabe
United States Magistrate Judge